IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HAJIME BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY KRANTZ, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-04949 WHA<br><br><br>**JUDGMENT** |

　　　In this action alleging unfair debt collection practices, plaintiff has filed an application for entry of judgment pursuant to FRCP 68. Judgment is **HEREBY ENTERED** in favor of plaintiff in accordance with the agreed upon offer for judgment (Dkt. No. 11, Exh. A). Plaintiff's request for time to move for attorney's fees and costs will be addressed in a separate order.

　　　**IT IS SO ORDERED.**

Dated:  January 16, 2014.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE