Fred W. Schwinn  (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
DAVID HAJIME BROWN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HAJIME BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY KRANTZ, an individual; and OLYMPIA FINANCIAL, LLC, a California limited liability company,<br><br>　　　　　　Defendants. | Case No. 3:13-CV-04949-WHA<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA　　　　　)
　　　　　　　　　　　　　　　　) ss:
COUNTY OF SANTA CLARA　　　)

　　　　I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 1014, San Jose, California  95113-2418.  On January 16, 2014, I served the following:

**JUDGMENT**

**ORDER RE ATTORNEY'S FEES AND COSTS AND ORDER VACATING CASE MANAGEMENT CONFERENCE**

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

1
2
3

June D. Coleman
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27Th Floor
Sacramento, CA  95814

4  I declare under penalty of perjury that the foregoing is true and correct and that this declaration

5 was executed at San Jose, California on January 16, 2014.

6
7

/s/ Fred W. Schwinn

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

CERTIFICATE OF SERVICE BY MAIL                                  Case No. 3:13-CV-04949-WHA