Fred W. Schwinn  (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
DAVID HAJIME BROWN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID HAJIME BROWN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY KRANTZ, an individual; and OLYMPIA FINANCIAL, LLC, a California limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-CV-04949-WHA<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER AWARDING ATTORNEY FEES AND NON-TAXABLE COSTS TO PLAINTIFF, DAVID HAJIME BROWN |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Whereas, on November 25, 2013, Plaintiff, DAVID HAJIME BROWN, timely accepted Defendants', TIMOTHY KRANTZ's, and OLYMPIA FINANCIAL, LLC's, Rule 68 Offer of Judgment and filed his Notice of Acceptance of Offer of Judgment (Doc. 11);

2. Whereas, on January 16, 2014, the Court entered a Judgment in favor of Plaintiff, DAVID HAJIME BROWN, and against Defendants, TIMOTHY KRANTZ and OLYMPIA FINANCIAL, LLC (Doc. 18); and

3. Whereas, the parties have met and conferred regarding an award of attorney fees and costs, and agree that Plaintiff, DAVID HAJIME BROWN, be awarded attorney fees and non-taxable costs in the amount of $2,750.00.

1  IT IS SO STIPULATED.

                                              CONSUMER LAW CENTER, INC.

4  Dated: February 5, 2014                    By: /s/ Raeon R. Roulston
                                                  Fred W. Schwinn, Esq.
                                                  Raeon R. Roulston, Esq.
                                                  Attorneys for Plaintiff
                                                  DAVID HAJIME BROWN


                                              KRONICK, MOSKOVITZ,
                                              TIEDEMANN & GIRARD


10 Dated: February 5, 2014                    By: /s/ June D. Coleman
                                                  June D. Coleman, Esq.
                                                  Attorneys for Defendants
                                                  TIMOTHY KRANTZ and
                                                  OLYMPIA FINANCIAL, LLC


   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff, DAVID HAJIME

BROWN, is awarded reasonable attorney's fees and non-taxable costs in the amount of $ 2,750.00.

   IT IS SO ORDERED.

Dated: February 5, 2014.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

- 2 -

STIPULATION AND ORDER                                    Case No. 3:13-CV-04949-WHA